STATE OF CONNECTICUT *v.* JACOB SCHAFER

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John P. McKeon,* in support of the petition.

*Dennis F. Gaffney,* assistant chief prosecuting attorney, in opposition.

Submitted July 7—decided September 24, 1969

WILLIAM T. HUNT *v.* BERNARD SHAPIRO, WELFARE COMMISSIONER

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*William T. Hunt,* pro se, in support of the petition.

*Edmund C. Walsh,* assistant attorney general, in opposition.

Submitted July 28—decided September 24, 1969

JERRYL L. KEANE *v.* JOHN D. CUCURELLO ET AL.

The motion by the defendants for review of the orders of July 25, 1969, of the Superior Court in Fairfield County waiving payment of fees, costs and security and directing a transcript be provided the plaintiff is granted, and those orders are vacated.

*Allan R. Johnson,* on the motion.

*Jerryl L. Keane,* pro se, in opposition.